UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

In Re:

Paul M. Walmers

Case No.: 08-16777

Hearing Date: June 12, 2008

Judge: NOVALYN L. WINFIELD

**Debtor is:**

☒ Entitled to Discharge

☐ Not Entitled to Discharge

*Order Filed on 6/16/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: 6/16/2008**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**(Page 2)**

Debtor:  Paul M. Walmers

Case No.  08-16777

Caption of Order:  Order Confirming Plan

*Please Note:  Debtor is eligible for a discharge*

---

The Plan of the Debtor(s) having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

☒ ORDERED, that the plan of the above named Debtor(s) dated <u>April 14, 2008</u>, or as amended on the record at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor(s); and it is further

☒ ORDERED, that to the extent that the debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein: _____

☒ ORDERED, that commencing <u>May 1, 2008</u>, the Debtor(s) shall pay the Standing Trustee the sum of $<u>972.00</u> paid into date over <u>2</u> months and then the sum of $<u>624.00</u> for a period of <u>58</u> months and then the sum of $<u>N/A</u> for a period of <u>N/A</u> months, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586.   ; and it is further

☒ ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than <u>100</u>% of their timely filed claims; and it is further

☐ ORDERED, that the debtor(s) must sell or refinance property within _____ days or the case will be dismissed; and it is further

☒ ORDERED, that the debtor(s) must provide the Standing Trustee with current pay stub plus <u>6</u> months income starting in <u>October 2007</u> for husband and wife within <u>20</u> days or the case will be dismissed; and it is further

☒ ORDERED, that the debtor(s) must file a Pre-Confirmation Certification within <u>10</u> days or the case will be dismissed; and it is further

*Approved by Judge Novalyn L. Winfield June  16, 2008*

**(Page 3)**

Debtor:  Paul M. Walmers

Case No.  08-16777

Caption of Order:  Order Confirming Plan

*Please Note:  Debtor is eligible for a discharge*

---

☐  ORDERED, that the Debtor(s) must provide market analysis within _____ days or the case will be dismissed.  The Trustee reserves and shall be allowed the right to seek modification of this confirmed plan in the event that the market analysis and/or appraisal provided by the Debtor(s) indicates a substantial increase in the value and/or equity in debtor's property; and it is further

☐  ORDERED, that Secured Creditor _____ having objected to Debtor's Chapter 13 Plan and the parties having resolved said Objection at the Confirmation Hearing, _____ shall have an allowed secured claim in the amount of _____, which shall be paid through Debtor's Chapter 13 Plan; and it is further

☐  ORDERED, that the attorney for the debtor shall prepare and serve a Wage Order upon the debtor's employer for the Chapter 13 plan payments; and it is further

☒  ORDERED, that the debtor's attorney is allowed a fee of $2,500.00.  The unpaid balance of the allowed fee in the amount of $1,000.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

☐  ORDERED, that the debtor(s) must keep the Trustee updated with the status of the personal injury claim and any non-exempt proceeds of said claim shall be contributed to the plan for the benefit of the creditors; and it is further

☐  ORDERED, that should the debtor fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor(s), and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have ten (10) days within which to file with the Court and serve upon the Trustee a written objection to such Certification; and it is further

☐  ORDERED, that the Standing Trustee is authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a), in the amount filed by the post-petition claimant, and it is further

*Approved by Judge Novalyn L. Winfield June 16, 2008*

**(Page 4)**

Debtor: Paul M. Walmers

Case No. 08-16777

Caption of Order: Order Confirming Plan

*Please Note: Debtor is eligible for a discharge*

___

☒ ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

☒ ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

*Approved by Judge Novalyn L. Winfield June 16, 2008*