

Order Filed on
6/2/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

In Re:

Paul Walmers

Case No.:  08-16777

Hearing Date:  May 28, 2009

Judge:  NOVALYN L. WINFIELD

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 6/2/2009**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Debtor:  Paul Walmers

Case No. 08-16777

Caption of Order: Order Permitting Debtor to Cure Arrearages to Trustee

---

THIS MATTER having been opened to the Court on May 28, 2009, on notice to Justin M. Pinck, Esq., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,053.00 starting on June 1, 2009 for the remaining 47 months.

2

*Approved by Judge Novalyn L. Winfield June  02, 2009*