UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

In Re:

Paul Walmers

Case No.: 08-16777

Hearing Date: November 12, 2009

Judge: NOVALYN L. WINFIELD



Order Filed on 11/19/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 11/19/2009**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**(Page Two)**

Debtor:  Paul Walmers

Case No. 08-16777

Caption of Order: Interim Order on Trustee's Motion to Dismiss

---

THIS MATTER having been opened to the Court on November 12, 2009 on notice to Justin M. Pinck, Esq., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

ORDERED, that the Debtor(s) must pay $2,000.00 by November 30, 2009 or the case will be dismissed; and it is further

ORDERED, that if satisfied, the Motion will be adjourned to December 10, 2009.

*Approved by Judge Novalyn L. Winfield November 19, 2009*